

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-11-2012

# Han Tak Lee v. Steve Glunt

Precedential or Non-Precedential: Precedential

Docket No. 10-4133

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Han Tak Lee v. Steve Glunt" (2012). *2012 Decisions.* Paper 913.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/913

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-4133
_____

HAN TAK LEE,

Appellant

v.

STEVE GLUNT, SUPERINTENDENT, SCI HOUTZDALE;
DISTRICT ATTORNEY OF MONROE COUNTY;
ATTORNEY GENERAL OF PENNSYLVANIA
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4-08-cv-01972)
District Judge: Honorable Malcolm Muir
_____

ORDER AMENDING OPINION

As Pamela Wilk assisted in drafting the brief for appellant in this matter and has now entered her appearance, the motion to amend the opinion entered January 27, 2012 is hereby granted. The opinion is amended solely to include Ms. Wilk in the designation of attorneys for appellant as follows:

Peter Goldberger (Argued)
Pamela A. Wilk
Ardmore, PA 19003
         Attorneys for Appellant

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:       May 11, 2012
SLC/cc:    Peter Goldberger
             Pamela A. Wilk
             Jeremy M. Bolles
             Charlotte H. Whitmore